**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 10 WAP 2016 |
| | : | |
| | : | Appeal from the Order of the Superior |
| Appellee | : | Court entered 11/24/14 at No. 402 WDA |
| | : | 2014, affirming the order of the Court of |
| | : | Common Pleas of Clearfield County |
| | : | entered 2/12/14 at No. CP-17-CR- |
| v. | : | 0000894-2000 |
| | : | |
| THOMAS M. REED, | : | |
| | : | |
| Appellant | : | ARGUED:  March 7, 2017 |

*CONCURRING STATEMENT*

**CHIEF JUSTICE SAYLOR**                    **DECIDED: August 22, 2017**

Although I dissented in the controlling case, *Commonwealth v. Muniz*, ___ Pa. ___, ___, ____ A.3d ___, ___, 2017 WL 3173066 (July 19, 2017) (Opinion Announcing the Judgment of the Court), I recognize that there was a majority consensus in that decision to the effect that SORNA exacts punishment and retroactive application of the enactment violates constitutional norms.  Accordingly, while I have expressed my disagreement with these propositions, *see id.* at ___, ___ A.3d at ___, 2017 WL 3173066, at *34-39 (Saylor, C.J., dissenting), I join the present *per curiam* order based on the prevailing precedent.